# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT -9 AM 10: 16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case Number: 07 MJ 2397 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sections 952 and 960 |
| GARCIA, Cecilia | Importation of a Controlled Substance |
| AKA ALVARADO, Cecilia | |

The undersigned complaint being duly sworn states:

On or about October 6, 2007, within the Southern District of California, Cecilia GARCIA AKA Cecilia ALVARADO, did knowingly and intentionally import approximately 23.25 kilograms of marijuana, a schedule I narcotic, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF October 2007.

MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On October 6, 2007 at approximately 0050 hours, Cecilia GARCIA AKA Cecilia ALVARADO entered the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. GARCIA was the sole occupant and driver of a ~~Green~~ Gray Chevrolet Malibu LS sedan bearing California, United States (CA/US) license plates 5TIW239.

Customs and Border Protection Officers (CBPO) referred the vehicle to secondary after a cursory search of the vehicle indicated that the strap around the gas tank had been moved. At the vehicle secondary inspection area, a narcotic detector dog alerted to the presence of a narcotic odor emitting from the vehicle. Examination of the driver's side undercarriage area of the vehicle revealed 19 packages totaling 23.25 kilograms of a green-leafy substance. A random field test of one of the packages revealed a positive reaction for marijuana.

At approximately 0328 hours, Immigration and Customs Enforcement (ICE) Special Agent (S/A) Jeffrey Roberts and ICE S/A Robert Sanchez contacted GARCIA and told her she was under arrest for attempting to smuggle narcotics into the United States. After ICE S/A Roberts read GARCIA her constitutional rights, per Miranda, in the English language, GARCIA waived her rights and agreed to make a statement. GARCIA stated that she purchased the vehicle for $1300 over two weeks ago. GARCIA stated that she entered Mexico yesterday at approximately 6 p.m. to have a tooth fixed by a dentist on Avenida Revolucion in Tijuana, Mexico. GARCIA stated she spent two

hours at a bar at 4th and Martinez Street in Tijuana playing pool, then spent one and a half hours at the dentist afterward located on Avenida Revolucion near a church and then attempted to reenter the United States via the San Ysidro Port of Entry. GARCIA stated that at no time during her visit to Mexico had she not been in possession of the vehicle nor did she have any passengers in the car. When GARCIA was asked how the marijuana got in her vehicle, she stated that there is no answer to that question.

Cecilia GARCIA AKA Cecilia ALVARADO was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on October 6, 2007

_____
Special Agent,

U.S. ICE


U.S. vs GARCIA

U.S. Immigration and Customs Enforcement


On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on ~~March 30~~ October 6, 2007, in violation of Title 21, United States Code, Section(s) 952 & 960.

10/8/07 - 1:35 PM