**FILED**
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3090-H |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CECILIA GARCIA, aka Cecilia Alvarado, | |
| Defendant. | |

The United States Attorney charges:

On or about October 6, 2007, within the Southern District of California, defendant CECILIA GARCIA, aka Cecilia Alvarado, did knowingly and intentionally import approximately 23.25 kilograms (approximately 51.15 pounds) of marijuana , a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
10/12/07