1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7854 (Telephone)/619 235-2757 (Fax)
   E-mail: Sabrina.Feve@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )    Criminal Case No. 07CR3090
                                      )
11              Plaintiff,            )
                                      )    NOTICE OF APPEARANCE
12         v.                         )
                                      )
13 CECILIA GARCIA,                    )
   aka Cecilia Alvarado,              )
14                                    )
                Defendant.            )
15 _____ )

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

23 case:

24       Name:

25            None.

26 //

27 //

28 //

1    Effective this date, the following attorneys are no longer associated with this case and should not

2    receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3    Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4        Name:

5            None.

6        Please feel free to call me if you have any questions about this notice.

7        DATED:  December 19, 2007.

8                                            KAREN P. HEWITT
                                             United States Attorney

9

10
                                             s/Sabrina L. Fève
11                                           SABRINA L. FEVE
                                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Notice of Appearance
    United States v. Cecilia Garcia                              07CR3090


                                        2

1

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,              )        Criminal Case No. 07CR3090
                                            )
4                    Plaintiff,             )
                                            )        CERTIFICATE OF SERVICE
5            v.                             )
                                            )
6    CECILIA GARCIA,                        )
     aka Cecilia Alvarado,                  )
7                                           )
                     Defendant.             )
8    _____   )

9

10   IT IS HEREBY CERTIFIED THAT:

11          I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age.  My

12   business  address  is  880  Front  Street,  Room  6293,  San  Diego,  California  92101-8893.

13          I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance

14   as lead counsel for the United States, dated December 19, 2007, and this Certificate of Service, dated

15   December 19, 2007, on the following party or parties by electronically filing the foregoing with the Clerk

16   of the U.S. District Court for the Southern District of California using its ECF System, which

17   electronically notifies:

18          Joseph Milchen, Attorney for the Defendant.

19          I declare under penalty of perjury that the foregoing is true and correct.

20          EXECUTED on December 19, 2007.

21                                                  s/Sabrina L. Fève
                                                    SABRINA L. FEVE
22                                                  Assistant U.S. Attorney

23

24

25

26

27

28

Certificate of Service
United States v. Cecilia Garcia                                                        07CR3090

3