PROB 12B
(04/08)

August 15, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 19  PM 12: 44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Cecilia GARCIA (English)   **Dkt No.:** 07-CR-3090-001-H

**Name of Sentencing Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge

**Sentence:** 12 months and one day *(Special Conditions: See Attached Judgment and Commitment Order.)*

**Date of Sentence:** February 19, 2008     **Date Supervision Will Commence:** August 20, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

Name of Offender: Cecilia GARCIA  
Docket No.: 07-CR-3090-001-H

August 15, 2008  
Page 2

## CAUSE

Ms. Garcia is presently at Correctional Alternatives, Inc., Site #2, in San Diego, California, completing her custodial sentence, and is due to be released on August 20, 2008. It has been reported to our office that Ms. Garcia does not have a release residence in the Southern District of California. Therefore, a public law placement, not to exceed 120 days, is being sought to afford Ms. Garcia additional time to obtain suitable housing. Attached for the Court's review is a Probation 49, Waiver of Hearing to Modify Conditions of Supervised Release, signed by Ms. Garcia, indicating that she is in agreement with adding the RRC placement condition to the terms and conditions of her supervised release.

Respectfully submitted:  
by _____  
Christopher J. Marco  
U.S. Probation Officer  
(619) 557-6502

Reviewed and approved:  
_____  
Frank Pucharski  
Supervising U.S. Probation Officer

Attachments

### THE COURT ORDERS:

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____  
The Honorable Marilyn L. Huff  
U.S. District Judge

8/15/08  
Date