PROB 12B
(04/08)

August 26, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 AUG 28 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Cecilia GARCIA (English)            **Dkt No.:** 07-CR-3090-001-H

**Name of Sentencing Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge

**Sentence:** 12 months and one day custody; three years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Modification:** On August 15, 2008, supervised release modified to include: Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period not to exceed 120 days, as Ms. Garcia did not have a release residence in the Southern District of California.

**Date of Sentence:** February 19, 2008            **Date Commenced:** August 20, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

PROB 12B

Name of Offender: Cecilia GARCIA                                                August 26, 2008
Docket No.: 07-CR-3090-001-H                                                              Page 2

## CAUSE

On August 22, 2008, the undersigned met with Ms. Garcia to review the terms and conditions of her supervised release. Ms. Garcia stated that she has been experiencing bouts of depression, and was on medication while she was in custody. Now that the offender is on supervised release, she would like to continue to receive mental health treatment. Attached for the Court's review is a Probation 49, Waiver of Hearing to Modify Conditions of Supervised Release, signed by Ms. Garcia, indicating that she is in agreement with the addition of the mental health treatment condition to the conditions of her release.

Respectfully submitted:                          Reviewed and approved:
by _____                        _____
Christopher J. Marco                             Sean Quintal
U.S. Probation Officer                           Supervising U.S. Probation Officer
(619) 557-6502

Attachments

**THE COURT ORDERS:**

___X___   The Modification of Conditions as Noted Above

_____   Other _____

_____                                                    8/27/08
The Honorable Marilyn L. Huff                                              Date
U.S. District Judge